EXHIBIT 5

Nye & Associates, PLLC

3975 W. Federal Hwy., Ste. 1  
Roscommon, MI 48653

# Invoice

| Date | Invoice # |
|---|---|
| 5/19/2013 | 4459 PC1 |

Bill To

**Kelly Dittenber**  
**2190 Granholm Rd.**  
**Lewiston, MI 49756**  
**13**

**Telephone:  
989-821-1225  
Fax: 989-821-1133**

**Visit us on the web!!  
nyelaw.org**

| Item | Quantity | Description | Rate | Date of Ser... | Employee | Amount |
|---|---|---|---|---|---|---|
| Chapter 13 P... | 0.1 | review and log claim transfer, Candica LLC | 250.00 | 2/7/2012 | | 25.00 |
| Chapter 13 P... | 0.1 | review and respond to email re co-mortgagor | 250.00 | 7/7/2012 | | 25.00 |
| Chapter 13 P... | 0.1 | revew and respond email re plan issue | 250.00 | 9/9/2012 | | 25.00 |
| Chapter 13 P... | 0.1 | t/c w client re MLCC issue | 250.00 | 5/17/2013 | | 25.00 |
| Chapter 13 P... | 0.1 | review trustee web site and claims register | 250.00 | 5/19/2013 | | 25.00 |
| Chapter 13 P... | 1.8 | review docs from MLCC re license issue for debtor's business and income for Chapter 13 case, draft multiple docs requested by MLCC for continued business operation, mail drafts to client, review client correspondence, review schedules and secured claims as to MLCC issue | 250.00 | 5/19/2013 | | 450.00 |
| Chapter 13 P... | 1 | draft fee application, multiple exhibits, email to trustee and debtor for consents, file same | 50.00 | 5/19/2013 | | 50.00 |

**Payments/Credits** $0.00

**Balance Due** $625.00