UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN --NORTHERN DIVISION

In re: KELLEE A. DITTENBER,                        Case No.: 12-20241-dob
                                                   Chapter 13
       Debtor(s).                          Hon. Daniel S. Opperman
_____

## CHAPTER 13 PLAN
## FIRST POST-CONFIRMATION MODIFICATION
_____

<u>Explanation of Amendment</u>.  The trustee filed a motion to dismiss the case because the debtor missed two plan payments totaling $2,200.00.  Debtor's source of income is from a small retail store/gas station and sales were down in the third quarter of 2013.  Debtor's plan as confirmed was for a 48 month term.

The amendment cures the missed payments by extending the plan term by two months to allow the debtor to make up the two missed payments.

No plan calculation, liquidation, or amended Schedules are filed because the amendment does not change the funding of the plan.
_____

      The following terms modify the debtors' confirmed Chapter 13 Plan, as amended to date, all other previous terms as confirmed by the Court and not in conflict herein remaining unchanged:

1.    **Term of Plan.**        The term of the plan shall be 50 months.

2.    **Requirements under L.B.R. 3015-2(b)**

    [X] No liquidation analysis and model worksheet is attached because the plan modification does not adversely affect any party in interest and the distribution to unsecured creditors remains unchanged.

    <u>Certificate of Service</u>.  Pursuant to L.B.R.P. 3015-2(b), the plan modification was served on the trustee and all parties listed on the matrix.

**Submitted by Debtor(s):**

December 11, 2013                              /s/   Kellee Dittenber
                                              Kellee Dittenber, Debtor

Prepared by:

/s/  Todd H. Nye
Todd H. Nye (P59301), Nye & Associates, PLLC
Attorney for Debtors, 3975 W. Federal Hwy., Ste. 1, Roscommon, MI 48653
(989) 821-1225 tx., (989) 821-1133 fx., enotice@nyelaw.org