Nye & Associates, PLLC

3975 W. Federal Hwy., Ste. 1
Roscommon, MI 48653

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/11/2013 | 177113PC2 |

| Bill To |
|---------|

**Kelly Dittenber**
**2190 Granholm Rd.**
**Lewiston, MI 49756**
**13**

**Telephone:**
**989-821-1225**
**Fax: 989-821-1133**

**Visit us on the web!!**
**nyelaw.org**

| Item | Quantity | Description | Rate | Date of Ser... | Employee | Amount |
|------|----------|-------------|------|----------------|----------|--------|
| Chapter 13 P... | 0.1 | review notice re mortgage payment | 250.00 | 8/20/2013 | | 25.00 |
| Chapter 13 P... | 0.1 | review trustee's notice re mgt payment in response | 250.00 | 9/16/2013 | | 25.00 |
| Chapter 13 P... | 0.1 | review second notice re mgt payment change | 250.00 | 9/18/2013 | | 25.00 |
| Chapter 13 P... | 0.1 | review trustee's notice reg plan and mgt change | 250.00 | 10/10/2013 | | 25.00 |
| Chapter 13 P... | 0.1 | review trustee's motion to dismiss | 250.00 | 10/12/2013 | | 25.00 |
| Chapter 13 P... | 0.2 | draft and file response to trustee's motion to dismiss | 250.00 | 10/28/2013 | | 50.00 |
| Chapter 13 P... | 0.1 | review and docket notice of hearing | 250.00 | 10/29/2013 | | 25.00 |
| Chapter 13 P... | 0.1 | emails with trustee's office re hearing on motion to dismiss | 250.00 | 11/13/2013 | | 25.00 |
| Chapter 13 P... | 0.3 | t/c with client re plan status, amendment, motion to dismiss | 250.00 | 12/10/2013 | | 75.00 |
| Chapter 13 P... | 0.4 | draft amended plan, file and serve matrix, email with trustee's office re tax returns | 250.00 | 12/11/2013 | | 100.00 |
| Copies | 36 | Copies, plan amendment, double side, 1 page per matrix, 36 matrix items | 0.50 | 12/11/2013 | | 18.00 |
| Client Post &... | 36 | Postage and Delivery, plan amendment | 0.46 | 12/11/2013 | | 16.56 |

| **Payments/Credits** | $0.00 |
|----------------------|-------|
| **Balance Due** | $434.56 |