# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

                        **CHAPTER 13 PROCEEDING**

**KELLEE A. DITTENBER**        **CASE NUMBER: 12-20241**
                                **HONORABLE DANIEL S. OPPERMAN**

    **Debtor(s)**
_____/

## OBJECTION TO CONFIRMATION OF FIRST MODIFIED POST-CONFIRMATION CHAPTER 13 PLAN

    NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and hereby objects to the debtors Chapter 13 Plan as follows:

1.     The Debtor has failed to make payments pursuant to her First Modified Post Confirmation Chapter 13 Plan.

    WHEREFORE, the Chapter 13 Trustee prays this Court deny Confirmation of the proposed Chapter 13 Plan.

Dated:    December 23, 2013

                                                    /s/Thomas W. McDonald, Jr.
                                                  Thomas W. McDonald, Jr.
                                                  Chapter 13 Trustee
                                                  3144 Davenport Avenue
                                                  Saginaw, Michigan 48602
                                                  Telephone:  (989) 792-6766
                                                  ecf@mcdonald13.org

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

                                             CHAPTER 13 PROCEEDING

**KELLEE A. DITTENBER**           CASE NUMBER: 12-20241
                                             HONORABLE DANIEL S. OPPERMAN

      **Debtor(s).**
_____/

## CERTIFICATE OF SERVICE OBJECTION TO CONFIRMATION OF FIRST POST-CONFIRMATION CHAPTER 13 PLAN

      I, the undersigned, do hereby certify that on December 23, 2013, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification of such filing to the following:

TODD NYE (contactus@nyelaw.org)

and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

Kellee Dittenber
2190 Granholm
Lewiston, MI 49756

                                                    /s/JJ Wooten
                                                    JJ Wooten
                                                    Office of Thomas W. McDonald, Jr.
                                                    Chapter 13 Trustee
                                                    3144 Davenport Avenue
                                                    Saginaw, Michigan 48602
                                                    Telephone: (989) 792-6766
                                                    ecf@mcdonald13.org