In re: Kellee A. Dittenber	Invoice	12-20241-dob

| Date | Hours | Service | Rate | Total |
|---|---|---|---|---|
| 12/18/2013 | 0.3 | T/c with client, t/c with trustee office regarding resolve MJD | $250.00 | $75.00 |
| 12/24/2013 | 0.2 | Review trustee objection to plan modification, NOH | $250.00 | $50.00 |
| 1/8/2014 | 0.3 | T/c with client, email w/ trustee regarding resolution plan mod | $250.00 | $75.00 |
| 3/15/2014 | 0.2 | Review motion to dismiss by trustee | $250.00 | $50.00 |
| 3/20/2014 | 0.2 | Draft and file response MJD, docket NOH | $250.00 | $50.00 |
| 4/2/2014 | 1 | Emails and t/c with client regarding probation order, plan status, alternatives, goals, review email trustee regarding resolution, review strip order | $250.00 | $250.00 |
| 4/4/2014 | 0.1 | Review probation order | $250.00 | $25.00 |
| 9/13/2014 | 0.2 | Review email regarding direct pay, review plan status order probation order | $250.00 | $50.00 |
| 9/19/2014 | 0.1 | Draft , file, serve fee application | $250.00 | $25.00 |
|  |  |  | Total | **$650.00** |
|  |  | **EXPENSES** |  |  |
| 9/19/2014 | 7 | copies | $0.50 | $3.50 |
| 9/19/2014 | 1 | postage | $0.65 | $0.65 |
|  |  |  | Total | **$4.15** |